IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR477 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH BRENT KEYS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to continue (Filing Nos. 61 and 62). The Court finds Filing No. 61 should be denied as moot and Filing No. 62 should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue plea hearing is denied as moot.

2) Defendant's motion to continue sentencing hearing is granted. Sentencing in this matter is rescheduled for:

**Friday, April 30, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court