IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR477 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH BRENT KEYS, | ) | ORDER |
| a/k/a/ Brent Keys, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion to Vacate the Preliminary Order of Forfeiture (Filing No. 64). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

A. The Preliminary Order of Forfeiture dated November 20, 2009 (Filing No. 55) is hereby vacated.

B. The U. S. Marshals Service shall reverse or negate any actions it took to seize Lot One, Block Four, Sunnyside Addition to the City of Bayard, Morrill County, Nebraska, pursuant to the now-vacated Preliminary Order of Forfeiture.

C. The United States will release the *Lis Pendens* it filed against the property in Morrill County, Nebraska.

D.  Any interest the United States may have had in Lot One, Block Four, Sunnyside Addition to the City of Bayard, Morrill County, Nebraska, by virtue of the forfeiture allegation made in the Superceding Indictment filed herein is hereby extinguished.

DATED this 19th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court