IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:08CR477
                             )
     v.                      )
                             )
KENNETH BRENT KEYS,          )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for return of personal property (Filing No. 72). The Court notes plaintiff agreed to the return of the personal property to defendant's brother. Accordingly,

IT IS ORDERED that, pursuant to the agreement of the United States, the personal property seized by authorities pursuant to a court-authorized search warrant shall be returned to defendant's brother, Korey Justin Keys, 6705 Evers Boulevard, Cheyenne, Wyoming, 82009.

DATED this 2nd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court