PROB. 35  
(Rev 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.          Docket # 8:08CR477

**Kenneth Brent Keys**

On May 5, 2010, Mr. Keys was sentenced to 6 months custody as to Count I of the Superseding Indictment; 6 months custody as to County IV of the Superseding Indictment; to run concurrently, to be followed by 4 years supervised release on Count I and 2 years supervised release on Count IV, to run concurrently. The period of supervised release commenced on February 3, 2011. Mr. Keys has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Keys be discharged from supervision.

Respectfully submitted,

Michael R. Norton  
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of January, 2013.

The Honorable Lyle E. Strom  
United States Senior District Judge